**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6635

JOHNNY WAYNE GAY,

                Petitioner - Appellant,

      v.

JOHN J. LAMANNA, Warden, FCI Edgefield,

                Respondent - Appellee,

      and

FEDERAL BUREAU OF PRISONS,

                Respondent.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  G. Ross Anderson, Jr., Senior District Judge.  (2:08-cv-03624-GRA)

Submitted:  August 26, 2009         Decided:  September 2, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Wayne Gay, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Wayne Gay, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gay v. LaManna, No. 2:08-cv-03624-GRA (D.S.C. Mar. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED